(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Timothy Whitling
704 Shady Lawe
Fairfield OH.
45014

Case No. 1:17 cv 263

vs.

**Defendants(s)**

Lisa K. Foote (Whitling)?
Molly K. Foote Collins
Michell Collins
Spencer Foote
} 5303 Lakeside Dr.
Fairfield Ohio 45014

Larry Foote — 6282 Juneau Ct. Maple Grove, MN 55311

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?  Yes____  No ✓
   A. If you answered "Yes":
      (1) What is the name and address of your employer
      
      _____
      _____
      
      (2) How much do you earn per month? 1680.00 Aprox goes up in April -
      -Because child support gets Dropped off.
   B. If you answered "No"
      (1) Have you ever been employed?  Yes ✓  No____
      If yes, what was the last year and month you were
      employed? Dec. 2012
      How much did you earn a month? Aprox. 6000⁰⁰

II. What is your marital status?
   Single____  Married ✓ ?  Widowed ✓  Divorced ✓
   A. If you answered "Married":
      (1) Is your spouse employed? Yes____ No____
      If yes, how much does your spouse earn each month?
      $ I DO NOT KNOW if I am Marided.???
      If I am mariered she lives at other house And DOES not Help. $ -
      - wise, or other
III. Do you have any dependents?  Yes____  No____
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:
   
   | Name | Relationship | Amount |
   |---|---|---|
   | Cierra Whitling | Daughter | 200⁰⁰ per mounth |
   | Ian Whitling | Son | Free Room at house |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes____  No____
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:
   
   | Source | Amount | Source | Amount |
   |---|---|---|---|
   | Soc. Sec. Disability | $1748 per mounth. | | $____ |
   | | $ | | $____ |
   | | $ | | $____ |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes ✓   No____

   A. If you answered "Yes", state the combined total amount:
      $ 400.00 .

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
   Yes ✓   No____
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Upside down - 704 SHady Lane | $ 15k ? | 99 town & Canyry | $ 200⁰⁰ |
| Tring to 530 03 Lakeside Dr. | $ 120 K ? | 2001 P.t Croser. | $ 100⁰⁰ |
| I don't fix conter occupier is Lisa Foote | | Coin collection From Dad. | $ ? |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| U.C Health | $ 6000⁰⁰ Aprox. | | $ |
| C.t scan. | $ | | $ |
| Neck opporation | | | $ |
| Brain. C.t imagging and pills. | | Pills hroger | $ 500⁰⁰ per mounth |

VIII. State your address and telephone number where the Court can reach you.
704 Shady Lane Fairfield OH. 45014 Ohio.
513-973-9389

I declare under penalty of perjury that the above information is true and correct.

4-06-17
Date

Signature of Applicant

-3-