UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy Craig Whitling,

    Plaintiff,

        v.                        Case No. 1:17cv263

Lisa Whitling, *et al*,                      Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 4, 2017 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED**. This action is **DISMISSED with PREJUDICE** for failure to state a claim for relief.

    **IT IS SO ORDERED.**

                      *s/Michael R. Barrett*
                      Michael R. Barrett
                      United States District Judge