# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Timothy Craig Whitling,

    Plaintiff,

        v.                        Case No.  1:17cv263

Lisa Whitling, *et al*,                    Judge Michael R. Barrett

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:  The Report and Recommendation (Doc. 4) is adopted; this action is dismissed for failure to state a claim.

Date: June 21, 2017                  Richard W. Nagel, Clerk
                                        Clerk

                              By:      *S/Barbara A. Crum*
                                        Deputy Clerk